OTTO FRANK, on Behalf of Himself and All Other Stockholders of NIAGARA HUDSON POWER CORPORATION and NORTHERN NEW YORK UTILITIES, INC., Appellant, *v.* FLOYD L. CARLISLE et al., Respondents, Impleaded with Others.

Argued May 27, 1941; decided June 19, 1941.

*Murray Levine, Murray T. Berman* and *Philip G. Gross* for appellant.

*Horace R. Lamb* and *Thomas F. Fennell, II*, for Floyd L. Carlisle et al., respondents.

*Frank J. Berberich* and *Edward H. Green* for William K. Dick, respondent.

Judgment affirmed, with costs, on the authority of *Dunlop Sons, Inc.,* v. *Dunlop* (285 N. Y. 333). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.